United States District Court
Southern District of Texas
**ENTERED**
August 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FAIRPORT VENTURES, L.L.C., a §
Texas Limited Liability Company, §
　　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　　§
v. § CIVIL ACTION NO. H-16-1038
　　　　　　　　　　　　　　　　　§
BENEFICIAL FINANCIAL, INC., §
　　　　　　　　　　　　　　　　　§
　　　　Defendant. § JURY:_____  Non-Jury: __X__

## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule and deadlines:

1. NEW PARTIES shall be joined by: _October 31, 2016_
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for it. Due date: _October 31, 2016_

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for it. Due date: _December 15, 2016_

4. DISCOVERY must be completed by:
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. _February 1, 2017_

5. DISPOSITIVE and NON-DISPOSITIVE MOTIONS (except motions in limine) will be filed by: _March 3, 2017_

6. JOINT PRETRIAL ORDER will be filed by: _July 31, 2017_
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order to include Voir Dire and Jury Issues.

7. DOCKET CALL is set for: _September 1, 2017 at 4:00 p.m._
   The Court will set this date. No instrument filed within 7 days before the Docket Call will be considered at Docket Call.

Date: _8/26/16_

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE