IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAIRPORT VENTURES, L.L.C., A TEXAS | § | |
| LIMITED LIABILITY COMPANY, *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO.4:16-CV-01038 |
| | § | |
| BENEFICIAL FINANCIAL I, INC., | § | |
| *Defendant* | § | |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

Before me, the undersigned authority, personally appeared _____**Alyssa Salyers**_____,
who, being by me duly sworn, deposed as follows:

1.    "My name is _____**Alyssa Salyers**_____("Affiant").   I am older than 18
years of age, of sound mind, and capable of making this affidavit.

2.    I am employed by Caliber Home Loans, Inc. as a <u>Foreclosure Document
Specialist II</u>. I am authorized to make the representations contained in this affidavit on behalf of
Caliber Home Loans, Inc. as mortgage servicer for U.S. Bank Trust, N.A., as Trustee for LSF9
Master Participation Trust, successor in interest to Beneficial Financial I, Inc. I have obtained
personal knowledge of the below events through my review of business records that are kept by
Caliber Home Loans, Inc. in the normal course of business, including the records related to the
loan described below.

3.    A true and correct copy of the "Loan Repayment and Security Agreement"
(hereinafter "Note") signed by John Noorlag and Bernadette C. Noorlag is attached hereto as
Exhibit "1".   A true and correct copy of the Deed of Trust signed by John Noorlag and
Bernadette C. Noorlag ("Obligors") is attached hereto as Exhibit "2".   True and correct copies of
the Articles of Merger and Transfer of Lien are attached hereto as Exhibit "3".   A true and



correct copy of the Notice of Right to Cure Default and Notice of Acceleration and Posting are attached hereto as Exhibits "4" and "5," respectively.

4.     In my capacity and in performing my duties, I have access to the business records of Caliber Home Loans, Inc., including the business records for and relating to the loan that is the subject of the debt described herein. The facts stated in this Affidavit are also within my personal knowledge and stated based on my employment with Caliber Home Loans, my responsibilities in said position, and my review of the business records maintained by Caliber Home Loans, Inc.

5.     Based on the regular practices of Caliber Home Loans, Inc. and the servicing industry in general, these records:

   a. were made at or near the time of each act, event, or condition set forth the in the records;

   b. were made by, or from information transmitted by, a person engaged in the servicing of Obligors' account who had actual knowledge of the acts, events, or conditions recorded; and

   c. are the kind of records that are kept in the regular course of servicing loan agreements.

6.     It is the regular practice of businesses engaged in the servicing of loan agreements or other contracts requiring the collection of money to keep accurate records on debits and credits to an account, an account's balance, the collateral securing the right to the lienholder's right to repayment, and efforts to enforce the underlying debt if the Obligors have defaulted. These records are relied upon for accuracy by all persons engaged in the servicing and

enforcement of a loan agreement. There is no indication that the servicing records for Obligors' account are untrustworthy.

7.      According to Caliber Home Loans' records, the Obligors have failed to remit the installment payment due for November 14, 2011 and the installments that have become due after that date. The Obligors are at least 64 payments delinquent on their mortgage.

8.      I sign this affidavit based on the personal knowledge that I have obtained by reviewing the servicing records for Obligors' account. The factual statements made in my affidavit are true and correct as of the date stated.

FURTHER AFFIANT SAYETH NOT.

U.S. Bank Trust, N.A., as Trustee for LSF9
Master Participation Trust, by Caliber Home
Loans, Inc., as its attorney in fact

By: _____

Printed Name: **Alyssa Salyers**

Title: Foreclosure Document Specialist II

Date: 3/3/17

STATE OF _____ §
                              §
COUNTY OF _____ §

SWORN TO and SUBSCRIBED before me by _____ on the ____ day of _____, 2017.

_____
Notary Public, State of _____
My commission expires: _____

"See attached"

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of <u>San Diego</u>

Subscribed and sworn to (or affirmed) before me on this <u>3</u>
day of <u>March</u>, <u>2017</u>, by _____

_____ Alyssa Salyers _____, proved
to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JEANNETTE L. FAUST
COMM. #2063882
Notary Public - California
San Diego County
My Comm. Expires May 6, 2018

(Seal)                    Signature _Jeannette L. Faust_
                          Jeannette L Faust, Notary Public