BENEFICIAL FINANCIAL I INC.
PO BOX 1231
BRANDON FL 33509-1231



7190 0005 4730 1055 0500

000087   3.78   

JOHN NOORLAG
BERNADETTE C NOORLAG
9422 CASTLEGAP DR
SPRING, TX  77379-4365

EXHIBIT 4

BENEFICIAL FINANCIAL I INC.
PO BOX 1231
BRANDON FL 33509-1231



## NOTICE OF RIGHT TO CURE DEFAULT

Our hours of operation are Monday through Friday 8 am - 10 pm ET.

000087    3.78

JOHN NOORLAG
BERNADETTE C NOORLAG
9422 CASTLEGAP DR
SPRING, TX 77379-4365

Re:    9422 CASTLEGAP DR
       SPRING, TX 77379                                        04/05/14

Account #:

Dear Mortgagor:

At BENEFICIAL FINANCIAL I INC. we are committed to working with our borrowers who may be experiencing financial difficulties. As part of this commitment, I, Tarita Wren Flowers, am pleased to be your designated Mortgage Servicing Specialist. Please contact me with any questions that you may have specific to your account or the important correspondence contained within this letter. My direct contact number is 1-877-601-7019, extension 3365. If you can not reach me and do not wish to leave a message, additional Mortgage Servicing Specialists are available at 1-877-601-7019, extension 4038 who can also provide assistance.

If there is any documentation that you may need to provide as I assist you with your account, please call me directly to get the appropriate fax number. Faxing is preferred as this method ensures a more timely receipt of any needed documents. To communicate electronically, please visit us at www.beneficial.com.

PLEASE NOTE THE FOLLOWING IMPORTANT COMMUNICATION REGARDING YOUR ACCOUNT.

This is notice of breach under the terms of the Note and Mortgage/Deed of Trust for this account because we have not received the payments that were due on or after 11/14/2011.

To correct this breach, the total amount of $35,708.47, in the form of certified funds, must be received in our office no later than 05/05/14. Only the full amount due will be accepted.

**Please remit payment to:**
PO Box 5233
Carol Stream, IL 60197-5233

If you have made arrangements to cure the delinquency of your mortgage and the agreement is kept, you may disregard this notice. If the arrangements are broken, this breach will be enforced.

It is our intent to declare the loan past due and payable immediately if the above referenced breach is not remedied as outlined by this letter. Failure to cure the default on or before the date specified in this notice will result in acceleration of the sums secured by the Mortgage/Deed of Trust and may result in sale of the property through foreclosure. You have the right to reinstate after acceleration. You also have the right to bring a court action, or if applicable, to assert in the foreclosure proceeding the non-existence of a default or any other defense you may have to acceleration and foreclosure.

For assistance on possible foreclosure prevention, loss mitigation or loan work-out options and to discuss your account, please contact us at 1-877-601-7019 to discuss this urgent matter.

As mentioned at the beginning of this communication, I am here to help answer your questions and provide assistance navigating through the best solution for your circumstances. Please do not hesitate to call me at 1-877-601-7019, extension 3365.

You can also discuss your situation with a certified housing counseling agency, referred to you by the United States Department of Housing and Urban Development ("HUD") a government agency. HUD's telephone number is 1-800-569-4287. You may also visit their website at www.hud.gov.

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately.**

Sincerely,

Tarita Wren Flowers
BENEFICIAL FINANCIAL I INC.
DMDTXS

For all Written Inquiries and Error Resolution requests, please mail to the following:

    Attn: Research
    P.O. Box 1231
    Brandon, FL 33509-1231

For Payoff Requests, please mail to the following:

    Attn: Payoffs
    P.O. Box 897
    Brandon, FL 33509

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. *

* PLEASE NOTE THIS STATEMENT AND ANY REFERENCE IN THIS NOTICE TO A PERSONAL OBLIGATION TO MAKE PAYMENT DO NOT APPLY TO YOU IF YOU FILED A BANKRUPTCY PETITION AND RECEIVED A DISCHARGE OF YOUR PERSONAL LIABILITY FOR THE OBLIGATION IDENTIFIED IN THIS LETTER OR THERE IS AN AUTOMATIC STAY CURRENTLY IN EFFECT. IN EITHER CASE, WE MAY NOT AND DO NOT INTEND TO PURSUE COLLECTION OF THE OBLIGATION FROM YOU PERSONALLY AND THIS LETTER IS NOT INTENDED AS A DEMAND FROM YOU PERSONALLY. UNLESS THE BANKRUPTCY COURT HAS ORDERED OTHERWISE, HOWEVER, PLEASE ALSO NOTE THAT DESPITE ANY SUCH BANKRUPTCY, BENEFICIAL FINANCIAL I INC. RETAINS A SECURITY INTEREST IN THE PROPERTY IDENTIFIED IN THIS LETTER, WHICH BENEFICIAL FINANCIAL I INC. MAY PURSUE AND ENFORCE.

Esta carta contiene información importante sobre su cuenta y podría requerir su atención. Si tiene alguna pregunta y desea hablar en español con un empleado, sírvase comunicarse con nosotros al 1-877-601-7019, marque el número 2, durante nuestras horas de oficina normales.

BENEFICIAL FINANCIAL I INC.
PO BOX 1231
BRANDON FL 33509-1231



**AVISO DE DERECHO PARA REMEDIAR EL INCUMPLIMIENTO**

Nuestras horas de operación son de Lunes a Viernes
8 am - 10 pm ET.

000087   3.78

JOHN NOORLAG
BERNADETTE C NOORLAG
9422 CASTLEGAP DR
SPRING, TX 77379-4365

Número de Cuenta.

Asunto.   9422 CASTLEGAP DR         04/05/14
         SPRING, TX 77379

Estimado Deudor de Hipoteca.

En BENEFICIAL FINANCIAL I INC. estamos comprometidos a trabajar junto con nuestros prestatarios que pudieran tener dificultades financieras. Como parte de este compromiso, me complace comunicarle que yo Tarita Wren Flowers, soy su Especialista de Servicios Hipotecarios designado. Por favor comuníquese conmigo si tiene alguna pregunta con respecto a su cuenta o con el importante contenido de esta carta. Mi número directo es 1-877-601-7019, extension 3365. Si no me encuentra y no quiere dejar un mensaje, puede comunicarse con algún otro Especialista de Servicios Hipotecarios disponible al 1-877-601-7019, extensión 4038 quienes también podrán ayudarle.

Si hay alguna documentación que necesite proporcionar mientras le esté ayudando con su cuenta, comuníquese directamente conmigo para que le proporcione el número de fax pertinente. Es preferible nos envíe los documentos necesarios por fax ya que garantiza que los recibamos de manera oportuna. Para comunicarse de forma electrónica, por favor visítenos en www.beneficial.com.

POR FAVOR ADVIERTA EL SIGUIENTE IMPORTANTE COMUNICADO EN RELACIÓN A SU CUENTA.

El presente documento es un aviso de incumplimiento de los plazos del pagaré y la hipoteca/escritura de fideicomiso correspondientes a esta cuenta debido a que no se han recibido los pagos que vencieron el 11/14/2011 o con posterioridad a esa fecha.

A fin de regularizar la situación, debemos recibir en nuestra oficina el monto total de $35,708.47, en la forma de fondos certificados antes del 05/05/14. Solo se aceptará la totalidad del pago adeudado.

**Por favor envíe su pago a:**
PO Box 5233
Carol Stream, IL 60197-5233

Si ya ha realizado preparativos para remediar la morosidad en su hipoteca y usted cumple el acuerdo, no tenga en cuenta este aviso. Si no cumple con el acuerdo, haremos que se ejecute este incumplimiento.

Es nuestro deber informar el vencimiento del préstamo adeudado y el pago inmediato si se produce el incumplimiento de pago mencionado más arriba según se detalla en esta carta. No subsanar el incumplimiento de pago antes o en la fecha especificada en este aviso dará lugar al pago anticipado de las sumas garantizadas por la hipoteca/escritura de fideicomiso y podrían generar la venta de la propiedad mediante ejecución hipotecaria. Usted tiene el derecho de restablecimiento después de la aceleración. Usted también tiene el derecho de interponer una acción judicial, o aplicable para hacer valer en el procedimiento de ejecución hipotecaria, la inexistencia de un defecto o cualquier otra defensa que pueda tener a la aceleración y la ejecución de una hipoteca.

Para obtener asistencia sobre posibles opciones para evitar la ejecución hipotecaria, mitigación de pérdidas u opciones de reestructuración de préstamo y para hablar sobre su cuenta, comuníquese con nosotros al 1-877-601-7019, marque el número 2, para hablar de este asunto urgente.

Tal y como se menciona al comienzo de esta carta, estoy para ayudarle a responder sus preguntas y para ayudarle a buscar la mejor solución a su situación  Por favor no dude en llamarme al 1-877-601-7019, extensión 3365.

Usted puede, además, analizar su situación con una agencia certificada de asesoramiento sobre viviendas, a la que ha sido remitido por el Departamento de Desarrollo Urbano y de Vivienda de los Estados Unidos (United States Department of Housing and Urban Development, HUD), que es una agencia gubernamental. El número telefónico del HUD es 1-800-569-4287. Asimismo, puede visitar su sitio web en www.hud.gov.

**Proteja y haga valer sus derechos como miembro de las fuerzas armadas de Estados Unidos.  Si usted o su cónyuge se encuentran en servicio militar activo, incluyendo servicio militar activo como miembro de la Guardia Nacional de Texas o la Guardia Nacional de otro estado, o como miembro de un componente de la reserva de las fuerzas armadas de Estados Unidos, por favor envíe inmediatamente un aviso por escrito de su servicio militar activo a quien le está enviando esta carta.**

Atentamente,

Tarita Wren Flowers
BENEFICIAL FINANCIAL I INC.
DMDTXS

Todas las consultas y solicitudes de resolución de errores por escrito deben ser enviadas por correo postal a.

    Attn: Research
    P.O. Box 1231
    Brandon, FL 33509-1231

Las solicitudes de liquidaciones deben ser enviadas por correo postal a:

    Attn. Payoffs
    P.O. Box 897
    Brandon, FL 33509

ESTE ES UN INTENTO DE COBRAR UNA DEUDA POR UN COBRADOR DE DEUDAS Y TODA INFORMACIÓN OBTENIDA SERÁ UTILIZADA PARA TAL PROPÓSITO.*

*TENGA EN CUENTA QUE ESTA DECLARACIÓN Y CUALQUIER MENCIÓN EN ESTE AVISO SOBRE UNA OBLIGACIÓN PERSONAL DE REALIZAR UN PAGO, NO ES APLICABLE A USTED SI PRESENTÓ UNA SOLICITUD DE BANCARROTA Y RECIBIÓ UNA LIBERACIÓN DE SU RESPONSABILIDAD PERSONAL PARA LA OBLIGACIÓN IDENTIFICADA EN ESTA CARTA, O EXISTE UNA SUSPENSIÓN AUTOMÁTICA VIGENTE. EN AMBOS CASOS, NO ES NUESTRA INTENCIÓN NI SEGUIREMOS COBRÁNDOLE A USTED PERSONALMENTE LA OBLIGACIÓN Y ESTA CARTA NO TIENE LA INTENCIÓN DE UNA DEMANDA CONTRA USTED PERSONALMENTE. NO OBSTANTE, A MENOS QUE LA CORTE DE BANCARROTA HAYA DADO UNA ÓRDEN DISTINTA, POR FAVOR TENGA EN CUENTA QUE A PESAR DE DICHA BANCARROTA, BENEFICIAL FINANCIAL I INC. RETIENE UN INTERÉS EN GARANTÍA EN LA PROPIEDAD IDENTIFICADA EN ESTA CARTA, EL CUAL BENEFICIAL FINANCIAL I INC. PODRÍA CONTINUAR Y HACER VALER.